UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANTIAGO CANAVERAL,
               Plaintiff,

19 CIVIL 635 (GBD) (JLC)

-against-

**DEFAULT JUDGMENT**

MIDTOWN DINER NYC, INC., d/b/a
Midtown Restaurant: NIKKOS KARADIMAS;
and VASILIS,
               Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Decision and Order dated November 19, 2019, Magistrate Judge Cott's Report is Adopted; Defendants are ordered to pay plaintiff $67,509 in damages (consisting of $28,754.50 in damages for unpaid minimum and overtime wages; $28,754.50 in liquidated damages, and $10,000 in statutory damages), $5,844 in attorneys' fees and costs, prejudgment interest on $28,754.50 of the damages at 9% per annum from April 23, 2018, in the amount of $4,091.02 for a total sum of $77,444.02, and post-judgment interest on all sums awarded.

**DATED**: New York, New York
November 21, 2019

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/21/2019